UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MUHAMMAD ABUBAKARE                                          PETITIONER

V.                                        CIVIL CASE NO. 5:26-cv-00413-DCB-BWR

RAFAEL VERGARA *Warden, Adams County*                      RESPONDENTS
*Correctional Center* and BRIAN ACUNA,
*Immigration and Customs Enforcement, New*
*Orleans Field Office Director*

## <u>ORDER</u>

This matter is before the Court *sua sponte*. On April 29, 2026, Petitioner, through counsel,

filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging

Petitioner's detention and requesting his immediate release or a bond hearing. According to

the United States Immigration and Customs Enforcement's (ICE's) Online Detainee Locator

System, Petitioner is no longer in ICE custody.[1]

IT IS THEREFORE ORDERED that, **on or before July 1, 2026,** the parties are to

inform the Court whether the Petition is moot because Petitioner is no longer detained.

SO ORDERED, this 24th day of June 2026.

*s/ Bradley W. Rath*

BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE

---

[1] Locator.ice.gov (last visited June 24, 2026).