IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MUHAMMAD ABUBAKARE PETITIONER

VS. CIVIL ACTION NO. 5:26-CV-413-DCB-BWR

RAFAEL VERGARA, Warden,
Adams County Correctional
Center, ET AL. RESPONDENTS

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [ECF No. 11] of the United States Magistrate Judge entered herein on September 30, 2026, in this action brought pursuant to 28 U.S.C. § 2241. In the Report and Recommendation, Judge Rath recommended denial of Abubakare's Petition [ECF No. 1]. Petitioner, a native and citizen of the Republic of Pakistan, who is represented by counsel, has failed to file objections to the Report and Recommendation by his deadline of October 14, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the "clearly erroneous, abuse of discretion and contrary to law"

standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed Abubakare's petition, the related filings, and the record in this matter. The Court observes that Abubakare was taken into custody at or near the United States-Mexico border near Tecate, California, on December 3, 2024, and processed for expedited removal. As Abubakare is an applicant for admission detained under 8 U.S.C. § 1225(b), he has remained in the custody of Immigration and Customs Enforcement while pursuing asylum. Abubakare's appeal of an Immigration Judge's unfavorable ruling remains pending before the Board of Immigration Appeals. Judge Rath found that Abubakare's detention while his removal proceedings are ongoing is mandated by 8 U.S.C. § 1225(b)(1) and does not violate the Due Process Clause of the Fifth Amendment.

Since Judge Rath entered his Report and Recommendation, the Fifth Circuit Court of Appeals issued its *en banc* opinion in Sosnava Rodriguez v. Vergara, No. 26-50183, 2026 WL 3181188 (5th Cir. Oct. 23, 2026), which directly impacts Petitioner's case. In sum, the Fifth Circuit held that those petitioners detained pending removal proceedings were "not entitled to individual hearings on their dangerousness or flight risk before they could be lawfully detained by immigration authorities . . . ." Id. at *1. Furthermore, the appeals court concluded that "the duration of

Petitioners' detention presented no constitutional issues warranting habeas relief." Id.

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation [11], as amplified by Sosnava Rodriguez, 2026 WL 3181188, at *1, is adopted as the opinion of this Court. Accordingly, Abubakare's Petition [ECF No. 1] is hereby denied and dismissed without prejudice. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a separate judgment will be entered.

SO ORDERED AND ADJUDGED, this the 2nd day of November, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE